## JONES v. THE STATE.

(Decided June 12, 1913.)

APPEAL from Tuscaloosa County Court.

Heard before Hon. H. B. FOSTER.

No counsel marked for appellant. R. C. BRICKELL, Attorney General, for the State.

Per curiam. Affirmed.

---

## LONG, ET AL. v. JASPER LAND CO.

(Decided November 28, 1913.)

APPEAL from Walker Circuit Court.

Heard before Hon. J. J. CURTIS.

No counsel marked for either party.

Per curiam. Dismissed for want of prosecution.

---

## McADORY, ET AL. v. ATLANTIC TERRA COTTA COMPANY.

(Decided November 27, 1913.)

APPEAL from Birmingham City Court.

Heard befre Hon. C. C. NESMITH.

No counsel marked for appellant. VASSAR L. ALLEN, for appellee.

Per curiam. Affirmed on certificate.

---

## McADORY v. WATSON.

(Decided November 25, 1913.)

APPEAL from Jefferson Circuit Court.

Heard before Hon. E. C. CROWE.

No counsel marked for appellant. ROSCOE CHAMBLEE, for appellee.

Per curiam. Affirmed on certificate.